Danny Yadidsion (SBN 260282)
LABOR LAW PC
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Telephone: (310) 494-6082
Facsimile: (877) 775-2267
Danny@LaborLawPC.com

Attorneys for Plaintiff PATRICK BURK, individually, and as a representative for aggrieved employees, and on behalf of the putative class

MALCOLM A. HEINICKE (SBN 194174)
Malcolm.heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000

JOSEPH D. LEE (SBN 110840)
Joseph.lee@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9157

Attorneys for Defendants
CRISIS24, INC. and CRISIS24 PROTECTIVE SOLUTIONS, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BURK, individually and in his representative capacities,<br><br>Plaintiff,<br><br>v.<br><br>CRISIS24, INC., a Delaware corporation; CRISIS24 PROTECTIVE SOLUTIONS, LP, a Delaware limited partnership; and DOES 1- 50, Inclusive,<br><br>Defendants. | **CASE NO.** 2:23-cv-05929-FMO (JPRx)<br><br>*Assigned for all purposes to Honorable Fernando M. Olguin*<br><br>**JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE BASED ON SETTLEMENT** |

Counsel for Plaintiff PATRICK BURK ("Plaintiff") and counsel for Defendants CRISIS24, INC. and CRISIS24 PROTECTIVE SOLUTIONS, LP ("Defendants") (collectively, the "Parties") submit the following Joint Stipulation to dismiss this case in view of a Class and PAGA settlement reached by the Parties in this and related litigation.

WHEREAS, on June 20, 2023, Plaintiff filed a class action complaint against Defendants in Los Angeles Superior Court, alleging various violations of the California Labor Code, including: failure to pay wages for all hours worked, failure to pay overtime wages, failure to provide meal and rest periods, failure to furnish accurate itemized wage statements, waiting time penalties, and attendant violations of Business and Professions Code section 17200;

WHEREAS, Defendants removed the action to this Court on July 21, 2023;

WHEREAS, Plaintiff filed a First Amended Complaint on October 30, 2023, to add a claim under the California Private Attorneys General Act ("PAGA"), Cal. Labor Code §§ 2698–2699.5;

WHEREAS, the Parties participated in an all-day mediation with experienced wage and hour mediator Francis "Tripper" J. Ortman III on March 26, 2024, mediating this case and two related cases, (1) *Rustin Fox and Gabriele Santi v. Crisis24 Protective Solutions, LP and Does 1 through 50, inclusive*, Northern District of California Case No. 5:23-cv-04996, a putative class action filed initially in Santa Clara Superior Court as Case No. CV418864 and removed on September 28, 2023 to the Northern District of California ("the Fox-Santi Class Lawsuit"); and (2) *Rustin Fox and Gabriele Santi v. Crisis24 Protective Solutions, LP; and Does 1 through 50, inclusive*, a suit alleging claims under PAGA filed on October 2, 2023 in San Francisco Superior Court Case No. CGC-23-609447;

WHEREAS, at the mediation, the parties reached a settlement of this case and the two Fox-Santi cases (the "Settlement");

WHEREAS, pursuant to the Settlement, the parties stipulated to remand of the Fox-Santi Class Lawsuit to Santa Clara Superior Court, Case No. CV418864, and following

remand, Plaintiffs Burk, Fox and Santi filed a joint operative complaint consolidating all the relevant claims and parties in that action;

WHEREAS, the Parties agree that to avoid duplicative litigation now that Plaintiff's claims have been consolidated into the Santa Clara action, the present suit should be dismissed without prejudice;

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(ii) provides that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared; and

WHEREAS, no class has been certified in this case nor do the Parties request certification in this action for purposes of settlement, and so court approval of dismissal is not required by Federal Rule of Civil Procedure Rule 23(e);

WHEREAS, the Parties have agreed that should the Settlement not be approved and Plaintiff re-files this lawsuit, relation back principles shall apply such that any applicable statutes of limitations shall be deemed to have been tolled (i) as to Plaintiff's class claims, from the date that Plaintiff's original complaint was filed, and (ii) as to Plaintiff's PAGA claims, from the date of filing of Plaintiff's First Amended Complaint adding such claims;

THEREFORE, Plaintiff and Defendants, through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41, stipulate that this case shall be dismissed without prejudice, and request that the Clerk reflect such dismissal on the Court's docket.

DATED: September 24, 2024          LABOR LAW PC

                                   By:     /s/ Danny Yadidsion
                                   Danny Yadidsion
                                   Attorneys for Plaintiff PATRICK BURK,
                                   individually, and in his representative
                                   capacities

| | |
|---|---|
| 1 | DATED: September 24, 2024 | MUNGER, TOLLES & OLSON LLP |

DATED:  September 24, 2024           MUNGER, TOLLES & OLSON LLP

By: _____*/s/ Joseph D. Lee*_____
     Joseph D. Lee

Attorneys for Defendants
CRISIS24, INC. and CRISIS24
PROTECTIVE SOLUTIONS, LP